HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant for the Federal Defender
MEGAN WINGO
Certified Law Clerk
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
RODOLFO LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:16-mj-0050-EFB |
| | ) |
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER |
| | ) TO CONTINUE COURT TRIAL |
| v. | ) |
| | ) Date:   July 19, 2016 |
| RODOLFO LOPEZ, | ) Time:   10 a.m. |
| | ) Judge:  Hon. Edmund F. Brennan |
| Defendant. | ) |
| | ) |
| _____ | ) |

IT IS HEREBY STIPULATED between the parties through their respective counsel,

Special Assistant United States Attorney ELLIOT WONG and Chief Assistant Federal Defender

LINDA C. ALLISON attorney for RODOLFO LOPEZ, that the Court continue the Court Trial

on April 5, 2016 to July 19, 2016 at 10 a.m.

The parties also agree that the ends of justice served by granting defendant's request for a

continuance outweighs the best interest of the public and the defendant in a speedy trial, because

defense counsel needs additional time to prepare for trial and ensure witness availability.

//

//

//

-1-

1      The parties stipulate that for the purpose of computing time under the Speedy Trial Act,

2 the Court should exclude time from the date of this order through July 19, 2016, for defense

3 preparation and investigation.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T4].

4 DATED:  March 23, 2016            Respectfully submitted,

5                                     HEATHER WILLIAMS
                                    Federal Defender

6

7                                     /s/Linda Harter
                                    LINDA HARTER
                                    Chief Assistant to the Federal Defender

8                                     Attorneys for Defendant
                                    RODOLFO LOPEZ

9

10 Dated:  March 23, 2016              BENJAMIN B. WAGNER
                                    United States Attorney

11

12                                     /s/ Linda C. Harter for
                                    ELLIOT WONG
                                    Special Assistant United States Attorney

13

14                           **<u>ORDER</u>**

15      The Court, having received, read, and considered the stipulation of the parties, and good

16 cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The

17 Court specifically finds that the failure to grant a continuance in this case would deny counsel

18 reasonable time necessary for effective preparation, taking into account the exercise of due

19 diligence.  The Court finds that the ends of justice to be served by granting the requested

continuance outweigh the best interests of the public and defendants in a speedy trial.

20 The Court orders that the time from the date of the parties stipulation, March 22, 2016 up to and

21 including July 19, 2016, shall be excluded from computation of time within which the trial of

22 this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(A)

23 and (B)(iv) T4 [reasonable time for counsel to prepare] (Local Code T4).  It is further ordered

24 that the April 5, 2016 court trial be continued to July 19, 2016 at 10 a.m.

25 Dated:  March 23, 2016.

26                                  

27                           EDMUND F. BRENNAN
                          UNITED STATES MAGISTRATE JUDGE

28