1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   LINDA C. ALLISON #179741
    Chief Assistant Federal Defender
3   Designated Counsel for Service
    BRANDON LI
4   Certified Student Attorney
    801 I Street, 3rd Floor
5   Sacramento, CA 95814
    Telephone: (916) 498-5700

6

7   Attorney for Defendant
    RODOLPHO CEJA LOPEZ

8

9

10

11              IN THE UNITED STATES DISTRICT COURT

12          FOR THE EASTERN DISTRICT OF CALIFORNIA

13                              ) NO. 2:16-mj-00050-EFB
    UNITED STATES OF AMERICA,   )
14                              ) STIPULATION TO NEW BRIEFING
                     Plaintiff, ) SCHEDULE AND NEW TRIAL HEARING
15                              ) DATE
         v.                     )
16                              ) DATE:  August 8, 2016
    RODOLPHO CEJA LOPEZ         ) TIME:  10:00 A.M.
17                              ) JUDGE: Hon. Edmund F. Brennan
                     Defendant. )
18

19       It is hereby stipulated and agreed upon by the Defendant,

20  Rodolpho Ceja Lopez, through his attorney, Chief Assistant

21  Federal Defender Linda C. Allison, and the United States, by and

22  through its attorney, Special Assistant United States Attorney

23  Talha Khan, that the Court order a new briefing schedule as

24  follows: the Government's memorandum shall be filed on July 22,

25

26  2016. Defendant's reply shall be filed on July 29, 2016, and

27  Government's reply shall be filed on August 4, 2016. The parties

28

                              1

1  also request that the Court advance the hearing and closing

2  arguments to August 8, 2016, at 10:00 A.M. instead of the

3  currently set date of August 17, 2016.

4

5

6  Dated: July 22, 2016

7                                    HEATHER E. WILLIAMS
                                     Federal Defender

8                                    /s/ Linda C. Allison___
9                                    LINDA ALLISON
                                     Chief Assistant Federal Defender
10                                   Attorney for Defendant
                                     RODOLPHO CEJA LOPEZ
11

12                                   /s/ Brandon Li_____
                                     BRANDON LI
13                                   Certified Student Attorney

14  Dated: July 22, 2016

15                                   PHILLIP A. TALBERT
                                     Acting United States Attorney
16
                                     /s/ Talha Khan_____
17                                   TALHA KHAN
                                     Special Assistant U.S. Attorney
18

19                          ORDER

20  It is so ordered.

21  DATED:   July 26, 2016.

22

23                                   EDMUND F. BRENNAN
                                     United States Magistrate Judge
24

25

26

27

28

                                2