```
HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON #179741
Chief Assistant Federal Defender
Designated Counsel for Service
BRANDON LI
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700


Attorney for Defendant
RODOLFO CEJA LOPEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:16-mj-00050-EFB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER ) TO NEW FINE PAYMENT SCHEDULE |
| v. | ) DATE: August 8, 2016 |
| RODOLFO CEJA LOPEZ, | ) JUDGE: Hon. Edmund F. Brennan |
| Defendant. | ) |

It is hereby stipulated and agreed upon by the Defendant, Rodolfo Ceja Lopez, through his attorney, Chief Assistant Federal Defender Linda C. Allison, and the United States, by and through its attorney, Special Assistant United States Attorney Talha Khan, that the Court order a new fine payment schedule as follows: the Defendant shall make the first payment of $103.00 no later than August 31, 2016, the second payment of $103.00 no later than September 30, 2016, and a third payment of $104.00 no later than October 31, 2016. On August 8, 2016, Magistrate Judge

1

Edmund F. Brennan found Defendant guilty of California Vehicle Code § 14601.5 and sentenced the Defendant to pay a $300.00 fine and a $10.00 special assessment fee, a total of $310.00.

Dated: August 8, 2016

        HEATHER E. WILLIAMS
        Federal Defender

        /s/ Tim Zindel on behalf of
        LINDA ALLISON
        Chief Assistant Federal Defender
        Attorney for Defendant
        RODOLPHO CEJA LOPEZ

        /s/ Brandon Li
        BRANDON LI
        Certified Student Attorney

Dated: August 8, 2016

        PHILLIP A. TALBERT
        Acting United States Attorney

        /s/ Talha Khan
        TALHA KHAN
        Special Assistant U.S. Attorney

<u>ORDER</u>

It is so ordered.

DATED:   August 9, 2016.

        _____
        EDMUND F. BRENNAN
        United States Magistrate Judge