

**OFFICE OF THE FEDERAL DEFENDER**
Eastern District of California
801 I Street, 3rd Floor
Sacramento, California  95814-2510
(916) 498.5700   FAX (916) 498.5710

HEATHER E. WILLIAMS
Federal Defender

LINDA C. ALLISON
Chief Assistant Defender

## memorandum

Date:   November 10, 2016

To:   Honorable Kimberly J. Mueller
      United States District Court Judge

From:   Linda C. Allison, Chief Assistant Federal Defender

Subject:   *United States v. Lopez*
           2:16-CR-00157-KJM

---

    Heather Phillips and Byron Donovan are certified law clerks who have been admitted to practice in this district pursuant to Rule 181.  They are under my direct supervision.  I have worked with them on the brief and will directly supervise the oral argument on appeal.

    Rodolfo Lopez, Jr. has signed a consent form pursuant to Local Rule 181 to allow Ms. Phillips and Mr. Donovan to represent Mr. Lopez in all future proceedings in this court.  The next scheduled proceeding is the oral argument on the appeal set for November 16, 2016 at 9:00 a.m.

    If the court so approves, a signed copy of this document will be maintained in the defendant's file.

  _X_   Approved

  ___   Not Approved


DATED: November 10, 2016

_____
UNITED STATES DISTRICT JUDGE